■ SYRACUSE MEMORIAL HOSPITAL, Respondent, v. JAY KRAMER et al., Constituting the New York State Labor Relations Board, Appellants. CENTRAL NEW YORK SERVICE TRADES HOSPITAL AND NURSING HOME ORGANIZING COMMITTEE, AFL–CIO, Intervenor-Respondent.— Same decision as in companion case of *St. Joseph's Hosp.* v. *Kramer* (25 A D 2d 816), decided herewith. (Appeal from order of Onondaga Trial Term grating plaintiff's motion for a preference.) Present — Williams P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ CROUSE-IRVING HOSPITAL, Respondent, v. JAY KRAMER et al., Constituting the New York State Labor Relations Board, Appellants. CENTRAL NEW YORK SERVICE TRADES HOSPITAL AND NURSING HOME ORGANIZING COMMITTEE, AFL–CIO, Intervenor-Respondent.— Same decision as in companion case of *St. Joseph's Hosp.* v. *Kramer* (25 A D 2d 816), decided herewith. (Appeal from order of Onondaga Trial Term granting plaintiff's motion for a preference.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT C. SATISFIELD, Appellant.— Order reversed and matter remitted to Onondaga County Court for a hearing. Memorandum: A hearing is required to pass on the factual issues presented by the petition as to whether appellant was effectually denied the right of appeal or whether his attempt to appeal was frustrated by the alleged claim that his assigned trial counsel in substance refused to file a notice of appeal following conviction and sentence. It is further alleged that such counsel recommended another attorney who in turn declined to act without compensation. (Cf. *People* v. *Adams,* 12 N Y 2d 417; *People* v. *Coe,* 16 A D 2d 876.) All concur, except Marsh, J., who dissents and votes to affirm. (Appeal from order of Onondaga County Court denying, without a hearing, motion to vacate judgment of conviction for manslaughter, first degree, rendered February 18, 1949.) Present — Williams, P. J., Bastow, Henry and Marsh, JJ.

■ JANE Z. RODOE, Respondent, v. JOHN A. NONEUS, Appellant.— Order unanimously affirmed, with costs to petitioner-respondent. Order of this court entered May 20, 1965, in *Rodoe* v. *Noneus* modified to direct that the reversals of the respective orders therein described including dismissal of the petition were "without costs and disbursements to either party." (Appeal from order of Onondaga Family Court dismissing bill of costs.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.